CALIFORNIA PACKING CORPORATION, a Corporation, Appellant, v. HUNT BROTHERS PACKING COMPANY, a Corporation, Appellee.

No. 9187.

Circuit Court of Appeals, Ninth Circuit.

May 18, 1939.

No appearances for appellant.

Charles M. Fryer, A. C. Aurich, and Chickering & Gregory, all of San Francisco, Cal., for appellee.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellee for dismissal of the appeal herein for failure of appellant to file record and docket cause, and there being no objection on behalf of appellant to said motion, ordered said motion granted, that a decree be filed and entered accordingly, and the mandate of this court in this cause issue forthwith.

C. I. T. CORPORATION v. Walter G. WISEMAN, Trustee in Bankruptcy of Reynolds, Inc.

No. 7902.

Circuit Court of Appeals, Sixth Circuit.

May 6, 1939.

Frederick McGraw, of Detroit, Mich., for appellant.

Anderson, Wilcox, Lacy & Lawson, of Detroit, Mich., for appellee.

Before SIMONS, ALLEN and HAMILTON, Circuit Judges.

PER CURIAM.

This day this cause being called, it appearing to the court from statement of appellant's counsel that this appeal should be dismissed, and neither party appearing to present the cause in open court, it is now ordered that this appeal be and the same is hereby dismissed.

COMMISSIONER OF INTERNAL REVENUE v. Milo W. and Reed J. BEKINS, Executors, Estate of Katherine Bekins, Deceased.

No. 9137.

Circuit Court of Appeals, Ninth Circuit.

May 8, 1939.

James W. Morris, Asst. U. S. Atty. Gen., and Sewall Key, Asst. U. S. Atty. Gen., for petitioner.

Dana Latham and R. W. Lund, both of Los Angeles, Cal., for respondents.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of petitioner, consented to by counsel for respondent, and good cause therefor appearing, it is ordered that the petition to review in this cause be, and hereby is, dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.